UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IRENE MARGARET MCNAMARA,

        Plaintiff,                Case no. 11-10331
                                                   Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(3), has fully reviewed the record and pleadings in this matter, including Magistrate Judge Mona K. Majzoub's December 1, 2011 Report and Recommendation, Plaintiff's December 9, 2011 Objections, and Defendant's December 22, 2011 Response. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: January 13, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 13, 2012, using the ECF system.

                                                    s/William Barkholz

                                                  Case Manager